UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

J.C., individually and on behalf of her child, K.X.,

                Plaintiff,

         v.                                   24-CV-04446 (ALC)

NEW YORK CITY DEPARTMENT OF EDUCATION,

                **NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(1) and 12(b)(6)**

                Defendant.

------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss the Complaint pursuant to Rule 12(b)(1) and 12(b)(6), the Declaration of Jay St. George and upon all prior pleadings and proceedings had herein, Defendant New York City Department of Education by their attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, will move this Court before the Honorable Andrew L. Carter of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order to dismiss the Second Amended Complaint and granting Defendants such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, dated December 19, 2025, Plaintiff's Opposition to Defendants' Motion is due on or before February 11, 2026. Defendants' Reply in further support is due on or before February 18, 2026.

Dated:   New York, New York
         January 28, 2026

                                      **MURIEL GOODE-TRUFANT**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-2392


By:   */s/ Alfred Miller, Jr.*
      Alfred Miller, Jr.
      *Assistant Corporation Counsel*