**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/6/2026 

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Muriel Goode-Trufant**
*Corporation Counsel*

**ALFRED MILLER, JR.**
Phone: (212) 356-2392
Fax: (212) 356-1148
AlfMille@law.nyc.gov
(not for service)

February 18, 2026

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *J.C. et al. v. New York City Department of Education*,  25-cv-04446 (ALC)

Dear Judge Carter:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for the Defendant, New York City Department of Education.

I respectfully move for permission to file a declaration with exhibits in further support of its motion to dismiss the complaint under seal. The attached exhibit that will be filed contain the minor Plaintiff student's identifiable information as well as highly confidential information relating to the student's educational history. Such information is protected from disclosure by *inter alia* the Family Educational Rights and Privacy Act of 1974 ("FERPA"). *See* 20 U.S.C.S. § 1232g. Defendant therefore respectfully requests permission to file these documents under seal.

By making this motion for the declaration and exhibits only, Defendant is ensuring that the request is as limited as required by law and considers the public interest in court filings.

I thank the Court for its consideration of the request herein.

Respectfully submitted,

/s/
Alfred Miller, Jr.
Assistant Corporation Counsel

cc:     All counsel of record (via ECF)

Plaintiff's Motion to Seal (Dkt. 19) and Defendant's Motion to Seal (Dkt. 21) are **GRANTED**.  The Clerk is respectfully directed to place the Plaintiff's Supporting Affidavit (Dkt. 20) and Defendant's Supporting Declaration (Dkt. 22) under seal.  The documents shall remain under seal until further Order of the Court.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 6, 2026