UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

J.C., individually and on behalf of their child, K.X.,    :
                           Petitioner,    :

                                                    :

            -against-    :    1:25-cv-04446-ALC

                                                    :

NEW YORK CITY DEPARTMENT OF    :    **ORDER**
EDUCATION,

                                                    :

                                 Respondent.    :

-------------------------------------------------------------------- X

ANDREW L. CARTER, JR., District Judge:

       The parties are ORDERED to file a joint status report regarding settlement discussions

by June 10, 2026.

**SO ORDERED.**

Dated:       **New York, New York**
               **May 27, 2026**

                                                    **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**