**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **J.C., individually and on behalf of their child, K.X., Petitioner,** | | |
| **-against-** | | **1:25-cv-04446-ALC** |
| **NEW YORK CITY DEPARTMENT OF EDUCATION, Respondent.** | | **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to the Court that this case has been or will be settled, Defendant's Motion to Dismiss, ECF No. 12, is **DENIED** without prejudice. Defendants may renew their Motion if the parties are unable to reach a settlement.

The parties are ORDERED to submit a joint status report by October 9, 2026, regarding the status of settlement discussions. The parties should indicate whether they will need Court intervention to assist in settling.

The Clerk of Court is respectfully directed to terminate ECF Nos. 12 and 24.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 28, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**