— THE LAW OFFICE OF —
STEVEN ALIZIO

October 9, 2026

VIA ECF
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *J.C., et al. v. New York City Department of Educ.*, 25-Civ.-04446-ALC

Dear Judge Carter,

Our office represents Plaintiff J.C., appearing individually and on behalf of her minor child with a disability, K.X., in the above-referenced action. We write jointly with Defendant New York City Department of Education in response to Your Honor's request that the parties submit a joint letter described in the Court's September 28, 2026 Order (Dkt. 37) by October 9, 2026.

As previously reported, the parties have reached a settlement in principle concerning the implementation claims in Plaintiff's complaint. Defendant shared a draft partial settlement stipulation with Plaintiff on Friday, September 11, 2026, and Plaintiff responded with proposed edits to the draft partial settlement stipulation on September 14, 2026. However, Defendant's counsel was on leave and out of the country until September 28, 2026. Defendant is currently reviewing Plaintiff's edits from September 14, 2026.

Given the delays in finalizing the partial settlement stipulation, it is Plaintiffs' position that the parties require the assistance of the Court in finalizing a settlement agreement concerning Plaintiff's implementation claims. Defendant does not oppose a settlement conference in this matter as the parties work to finalize the language in the stipulation.

Once the terms of settlement of the implementation claims are finalized, the parties expect to be able to then work toward resolution of Plaintiff's claim for legal fees and costs.

Thank you for Your Honor's consideration.

*/s/ Justin B. Shane*
Steven J. Alizio, Esq.
Justin B. Shane, Esq.
The Law Office of Steven Alizio, PLLC
Counsel for Plaintiff

Cc: **BY ECF**
Counsel of record

The Law Office of Steven Alizio, PLLC, 11 Broadway, Suite 568, New York, NY 10004
Tel: 347.395.4656 | Fax: 347.214.2233 | salizio@edlawny.com | www.edlawny.com