**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **J.C., individually and on behalf of their child, K.X., Plaintiff,** | : | |
| **-against-** | : | **1:25-cv-04446-ALC** |
| **NEW YORK CITY DEPARTMENT OF EDUCATION, Defendant.** | : | **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The court schedules a settlement conference for **October 30, 2026**, at **12:00pm**. The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

**Dated: October 20, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**