USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/29/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ALFRED MILLER, JR.**
Phone: (212) 356-2392
Fax: (212) 356-1148
AlfMille@law.nyc.gov
(not for service)

October 29, 2026

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *J.C. et al. v. New York City Department of Education*, 25-cv-04446 (ALC)

Dear Judge Carter:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for the Defendant, New York City Department of Education.

I write to request a three-week adjournment of the settlement conference scheduled for tomorrow, October 30, 2026. Defendant makes this request as additional time is needed to further discuss certain provisions of the proposed settlement with the New York City Office of the Comptroller. While the Defendant are of course available to appear before the Court, the undersigned will not have settlement authority before tomorrow's conference.

As the Court is aware, the instant proceeding seeks fees for the instant action and administrative proceeding and that the DOE provide services purportedly ordered by the State Review Officer in the administrative action. (Complaint ECF #1.) With respect to the services, the parties have general agreement on most terms, but as noted previously, the scope of particular terms remains at issue. To resolve that issue, this office is in discussion with Comptroller, but do not yet have authority to settle the matter. As such, Defendants cannot yet respond to Plaintiffs' proposed edits to the draft stipulation. Plaintiffs object to this request to adjourn the conference.

Defendant's request is DENIED. The parties shall appear for the settlement conference as scheduled.

SO ORDERED:
Andrew L Carter Jr
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 29, 2026

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Alfred Miller, Jr.
Assistant Corporation Counsel

cc: All counsel of record (via ECF)